# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIE LoCONTE ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No.  05-11571  GAO |
| ) | |
| COMMONWEALTH RECEIVABLES, INC. ) | |
| and CHAD E. GOLDSTONE, ) | |
|     Defendants. ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

The Plaintiff, Marie LoConte, by her attorney, does hereby voluntarily dismiss the above action with prejudice and without costs to either party.

Dated:  November 1, 2005

Respectfully submitted,

s/Yvonne W. Rosmarin
Yvonne W. Rosmarin  BBO #566428
Attorney for the Plaintiff
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474
781-648-4040